■ Estelle Rothberg et al., Appellants, v. Edward Justus et al., Respondents.— In a negligence action to recover damages for personal injuries, loss of services, etc., plaintiffs appeal, as limited by their brief, from so much

of an order of the Supreme Court, Queens County, dated June 16, 1967, as, on reconsideration, adhered to a decision denying a general preference. Order reversed insofar as appealed from, on the law and the facts, with one bill of $10 costs and disbursements against respondents jointly, and general preference granted. In our opinion the claimed injuries, if established, would support a verdict in excess of $10,000. Defendants submitted no medical proof contradicting that of plaintiffs, even though they had had a physical examination of the injured plaintiff. On such record, it was an improvident exercise of discretion to deny a general preference (*Pass* v. *D'Andrea*, 30 A D 2d 841) and to ignore said plaintiff's offer to submit to an examination by an impartial, court-appointed doctor. Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Martuscello, JJ., concur.